UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:21cr51-TKW

MICHAEL J. MCCLURE
a/k/a Diamond Daddy
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **MICHAEL J. MCCLURE a/k/a Diamond Daddy**, to Counts One, Three, and Four of the Indictment is hereby **ACCEPTED**. All parties must appear before this Court for sentencing as directed.

**DONE and ORDERED** this 16th day of November, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**